UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. KINNEY, *et al.*, | No. C-12-4477 EMC |
| Plaintiffs, | **RELATED TO** |
| v. | No. C-12-4478 EMC |
| BRISTOL-MYERS SQUIBB COMPANY, *et al.*, | No. C-12-4615 EMC |
| | No. C-12-4616 EMC |
| | No. C-12-4617 EMC |
| | No. C-12-4619 EMC |
| Defendants. | No. C-12-4633 EMC |
| _____/ | No. C-12-4641 EMC |
| | No. C-12-4642 EMC |
| AND ALL RELATED ACTIONS. | No. C-12-4803 EMC |
| _____/ | **ORDER STAYING LITIGATION PENDING DECISION BY MDL JUDICIAL PANEL RE CONDITIONAL TRANSFER ORDER** |

Currently pending before the Court is a motion to stay filed by Defendants Bristol-Myers Squibb Co., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc. (collectively, "Defendants"). Defendants have filed this motion to stay in not only the *Kinney* case identified above but also in nine other cases that have been related to it or to the earlier *Caouette* case over which this Court presided. Defendants have asked the Court to stay proceedings in these cases pending a decision by the Judicial Panel on Multidistrict Litigation as to whether the cases – currently subject to a conditional transfer order – should be part of the Plavix MDL (MDL No. 2418) or remain with the Northern District of California.

For the reasons stated on the record at the April 11, 2013 hearing herein and for the reasons stated by Judges Seeborg, Illston, and Henderson in their respective cases (*Aiken*, No. C-12-5208 RS; *Vanny*, No. C-12-5752 SI ; and *Arnold*, No. C-12-6426 TEH), the Court agrees that a stay is warranted.  A stay will not prejudice Plaintiffs as a remand motion can just as easily be presented to and decided by the transferee judge, especially where as here, the remand motion turns on, not on a unique issue of state law, but instead on a question of federal law – *i.e.*, whether the claims against McKesson are preempted.  Moreover, a stay likely would not last long; the parties anticipate the conditional transfer issue will be decided shortly after May 30, 2013.  Finally, the Court agrees with Judges Seeborg and Illston that "the MDL Panel's initial concern with transfer is not the motion to remand, as plaintiffs have suggested, but an issue involving CAFA, which has since been resolved." *Vanny*, No. C-12-5752 SI (Docket No. 32) (Order at 3).

Accordingly, the Court hereby stays proceedings in the above-referenced cases until further order of the Court.

IT IS SO ORDERED.

Dated:  April 12, 2013

_____
EDWARD M. CHEN
United States District Judge